CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARAL WIND LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ARAL WIND LTD.,

                              Plaintiff,                                        08 CV 6966 (JFK)

           v.
                                                                **STATEMENT PURSUANT**
BLUE-EDGE GLOBAL RESOURCES LIMITED,            **TO RULE 7.1**

                              Defendant.
--------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Plaintiff, ARAL WIND LTD., certifies that there are no

corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
          August 5, 2008

                                                CHALOS, O'CONNOR & DUFFY, LLP
                                                Attorneys for Plaintiff,
                                                ARAL WIND LTD.,

                          By:     _____
                                                George E. Murray (GM-4172)
                                                Owen F. Duffy (OD-3144)
                                                366 Main Street
                                                Port Washington, New York 11050
                                                Tel:  (516) 767-3600
                                                Fax:  (516) 767-3605