CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARAL WIND LTD.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARAL WIND LTD.,

       Plaintiff,      08 CV _____ (___)

  v.            **ATTORNEY'S DECLARATION THAT DEFENDANT CANNOT BE FOUND WITHIN THE DISTRICT**

BLUE-EDGE GLOBAL RESOURCES LIMITED,

       Defendant.
------------------------------------------------------------X

  This declaration is executed by the attorney for the Plaintiff, ARAL WIND LTD. (hereinafter "ARAL"), in order to secure the issuance of a Summons and Process of Attachment and Garnishment in the above-entitled, *in personam*, Admiralty cause.

  Pursuant to 28 U.S.C. § 1746, George E. Murray, declares under penalty of perjury:

  1. I am an associate attorney at the firm of Chalos, O'Connor & Duffy LLP representing Plaintiff ARAL in this case.

  2. I have personally inquired or have directed inquiries into the presence of Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED in this District.

3. I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of August 4, 2008, the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED is not incorporated pursuant to the laws of New York, is not qualified to conduct business within the State of New York and has not nominated agents for the service of process within New York because the Secretary of State of the State of New York has no records for the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED.

4. I have inquired of Verizon Telephone Company whether the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED can be located within this District. The Verizon Telephone Company has advised me that the Defendant does not have any telephone number listings within this District.

5. I have further consulted with several other telephone directories on the internet, and I have found no telephone listing or address for the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED within this District.

6. I have further made several searches on the internet with various search engines and maritime websites, and I have found no indication that the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED can be found within this District.

7. In that I have been able to determine that the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED is not based in the District and that I have found no indication that the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED can be found within this District, I have formed a good faith belief that the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED does not have sufficient contacts or business

activities within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

8. It is my belief, based upon my own investigation that the Defendant BLUE-EDGE GLOBAL RESOURCES LIMITED cannot be found within this District for the purposes of Rule B of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Port Washington, New York
      August 5, 2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARAL WIND LTD.

By: _____
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
ofd@codus-law.com