USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

Aral Wind

　　　-v-

Blue-Edge Global

-----------------------------------X

08 CIV 6966 (JFK)

Please be advised that the conference scheduled for October 9, 2008 has been rescheduled to October 14, 2008 at 10:00 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
August 22, 2008

_____
JOHN F. KEENAN
United States District Judge